# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD R. HUNT, JR.,** | : | **CIVIL NO. 3:14-CV-1858** |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| Respondents | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of August 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The claims set forth in Grounds One and Three, and the portion of the claim set forth in Ground Two, that counsel was ineffective for failing to request a competency hearing at the conclusion of trial testimony, are DENIED as procedurally defaulted.

2. The claim contained in Ground Four is DENIED on the merits.

3. The claims set forth in Grounds Two (excluding the portion of Ground Two that has been found to be procedurally defaulted, see *supra*), and Five of the petition are REFERRED to Magistrate Judge Joseph F. Saporito, Jr., for purposes of holding an evidentiary hearing and issuing an appropriate Report and Recommendation in accordance with this Court's Memorandum.

4. Entry of a final order in this matter is DEFERRED pending final disposition of those claims referred for an evidentiary hearing.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**